UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER,<br>Plaintiff,<br>v.<br>REGENCY CENTERS CORPORATION, et al.,<br>Defendants. | No. 2:26-cv-00017-TLN-JDP<br><br>**ORDER** |

Plaintiff Mark Baker ("Plaintiff"), who is proceeding pro se, brings this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 28.) Plaintiff filed objections on September 4, 2026 (ECF No. 29), and the Court has considered those objections herein.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .”). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2026 (ECF No. 28) are ADOPTED in full;
2. Defendant Regency Centers Corporation’s Motion to Dismiss (ECF No. 7) is DENIED as moot;
3. Defendant Liveview Technologies’ Motion to Dismiss (ECF No. 21) is DENIED as moot;
4. Plaintiff’s claim under the Americans with Disabilities Act is DISMISSED for lack of standing;
5. This action is remanded to the Yolo County Superior Court; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE